**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| IN THE INTEREST OF F.F. | : | No. 330 WAL 2021 |
| | : | |
| | : | |
| PETITION OF: D.F., MOTHER | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 3rd day of January, 2022, the Petition for Allowance of Appeal is **DENIED**.